IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50169
Conference Calendar

_____

RICHARD GREY KIRBY,

                                        Petitioner-Appellant,

versus

ROBERT V. FRANCO, WARDEN,
FEDERAL PRISON CAMP, EL PASO, TEXAS

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-95-CV-405
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

      Appellant Richard Grey Kirby, #23415-077, appeals the

district court's determination that it lacked jurisdiction over

his petition for habeas relief made pursuant to 28 U.S.C. § 2241.

We have examined the record and Kirby's arguments and find no

error in the reasons given by the district court.  Kirby v.

Franco, No. EP-95-CV-405-F (W.D. Tex. Feb. 12, 1996).

      AFFIRMED.

_____

      [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.